1  MARY E. ALEXANDER, ESQ. (SBN: 104173)
2  JENNIFER L. FIORE, ESQ. (SBN: 203618)
   Mary Alexander & Associates, P.C.
3  44 Montgomery Street, Suite 1303
   San Francisco, CA  94104
4  Telephone: (415) 433-4440
5  Fax: (415) 433-5440
   Email:  malexander@maryalexanderlaw.com
6          jfiore@maryalexanderlaw.com

7  Attorneys for Plaintiff
8  GRACIELA RAMIREZ

9
10                     UNITED STATES DISTRICT COURT
11                     EASTERN DISTRICT OF CALIFORNIA
12

13  GRACIELA RAMIREZ, Individually, as           ) Case No.:  2:13-cv-00968-GEB-DAD
    Successor in Interest of Decedent ALMA       )
14  VIDRIO, and as Personal Representative of    ) **[PROPOSED] ORDER FOR**
    the ESTATE OF ALMA VIDRIO,                   ) **PUBLICATION OF SUMMONS ON**
15                                               ) **AGUSTIN VIDRIO**
            Plaintiffs,                          )
16                                               )
            vs.                                  )
17                                               )
                                                 )
18  BNSF RAILWAY COMPANY, and                    )
    AGUSTIN VIDRIO,                              )
19                                               )
            Defendants.                          )
20                                               )
                                                 )
21                                               )
                                                 )
22  _____)

23
           Plaintiff Graciela Ramirez's Application for an Order for Publication of Summons came
24
    before this Court.
25
           **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Plaintiff's Application
26
    is granted.  Plaintiff shall be allowed to publish the summons on Agustin Vidrio, and serve said
27
    Defendant with process through publication.
28

Said summons shall be published in the Los Angeles Times and Guadalajara Reporter, which are newspapers of general circulation, once a week for four successive weeks.

Service shall be deemed complete on the 28th day following the first day of publication.

Mr. Vidrio will then have 30 days to respond to the Complaint from the date service is deemed complete.

Plaintiff shall file a proof of service by publication following the date service is deemed complete.

**IT IS SO ORDERED**.

Dated: December 17, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge