**FLESHER McKAGUE LLP**
Jacob D. Flesher, SBN: 210565
Jason W. Schaff, SBN: 244285
193 Blue Ravine Road, Suite 265
Folsom, California 95630
Tele: 916/358-9042
Fax: 916/673-9672

**Attorneys for Defendant
BNSF Railway Company**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIELA RAMIREZ, Individually, as Successor in Interest of Decedent ALMA VIDRIO, and as Personal Representative of the ESTATE OF ALMA VIDRIO,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>BNSF RAILWAY COMPANY, and AGUSTIN VIDRIO,<br><br>　　　　　　Defendants. | CASE NO.: 2:13-CV-00968-GEB-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER**<br><br>Trial Date: March 17, 2015 |

　　**Whereas**, the parties originally agreed to limit each party to ten depositions of fact witnesses, and the Court adopted that agreement in its pre-trial scheduling order;

　　**Whereas**, the parties originally agreed to disclose expert witnesses by April 7, 2014, and the Court adopted that agreement in its pre-trial scheduling order;

　　**Whereas**, the parties have been unable to complete enough discovery to sufficiently prepare their respective experts due to circumstances outside of their control;

**Whereas**, additional witnesses have been identified through the course of discovery;

**Whereas**, the inability to prepare experts and the identification of new witnesses presents good cause to amend the pre-trial scheduling order;

**Whereas**, no party will be prejudice by the proposed amendments, The parties stipulate as follows:

1. With the consent of the Court, The Pre-Scheduling Order will be amended to such that each party shall comply with Federal Rule of Civil Procedure 26(a)(2)(B) and (C)'s initial expert disclosure requirements on or before May 22, 2014, and any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(D)(ii) on or before June 22, 2014;

2. With the consent of the Court, the parties agree to allow two (2) additional fact witness depositions per side, such that each party will now be permitted twelve (12) total fact witness depositions.

Dated:  March 27, 2014               **MARY ALEXANDER & ASSOCIATES**

/s/ MARY ALEXANDER
_____
MARY ALEXANDER
Attorneys for Plaintiff

Dated:  March 27, 2014               **FLESHER McKAGUE LLP**

/s/ JASON W. SCHAFF
_____
JASON W. SCHAFF
Attorneys for Defendant
BNSF RAILWAY COMPANY

**IT IS SO ORDERED:**

Dated:  March 27, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge