**FLESHER McKAGUE LLP**
Jacob D. Flesher, SBN: 210565
Jason W. Schaff, SBN: 244285
193 Blue Ravine Road, Suite 265
Folsom, California 95630
Tele: 916/358-9042
Fax: 916/673-9672

**Attorneys for Defendant
BNSF Railway Company**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIELA RAMIREZ, Individually, as Successor in Interest of Decedent ALMA VIDRIO, and as Personal Representative of the ESTATE OF ALMA VIDRIO,<br><br>        Plaintiffs,<br><br>  vs.<br><br>BNSF RAILWAY COMPANY, and AGUSTIN VIDRIO,<br><br>        Defendants. | CASE NO.: 2:13-CV-00968-GEB-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER**<br><br>Trial Date: March 17, 2015 |

    **Whereas**, the Court previously amended the Pre-Trial Scheduling Order to extend the expert disclosure dates on stipulation of the parties;

    **Whereas,** after the amendment, a homicide occurred in BNSF's Klamath Falls Yard involving two BNSF employees, which homicide required BNSF to cancel the scheduled site inspections of its retained expert witnesses,

    Pursuant to BNSF's request, the parties stipulate as follows:

    1.    With the consent of the Court, the Pre-Scheduling Order will be amended such that each party shall comply with Federal Rule of Civil Procedure 26(a)(2)(B) and

-1-
Stipulation to Amend Scheduling Order

(C)'s initial expert disclosure requirements on or before June 6, 2014, and any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(D)(ii) on or before July 5, 2014.

IT IS SO STIPULATED.

Dated: May 1, 2014          **MARY ALEXANDER & ASSOCIATES**

/s/ MARY ALEXANDER
_____
MARY ALEXANDER
Attorneys for Plaintiff

Dated: May 1, 2014          **FLESHER McKAGUE LLP**

/s/ JASON W. SCHAFF
_____
JASON W. SCHAFF
Attorneys for Defendant
BNSF RAILWAY COMPANY

**IT IS SO ORDERED:**

Dated:  May 15, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

-2-
Stipulation to Amend Scheduling Order