UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIELA RAMIREZ, Individually, as Successor in Interest of Decedent ALMA VIDRIO, and as Personal Representative of the ESTATE OF ALMA VIDRIO,<br><br>            Plaintiff,<br><br>     v.<br><br>BNSF RAILWAY COMPANY, and AGUSTIN VIDRIO,<br><br>            Defendants. | No.  2:13-cv-00968-GEB-DAD<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

Plaintiff filed a "Notice of Settlement" on October 15, 2014, in which she states: "the parties have reached a settlement of the entire action[, and] Plaintiff anticipates a request for dismissal being filed within 30 days." (Notice of Settlement, ECF No. 33.)

Therefore, a dispositional document shall be filed no later than November 14, 2014. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date

1

1  prescribed by the Court may be grounds for sanctions.").

2           IT IS SO ORDERED.

3  Dated:  October 15, 2014

```
                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge
```